UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

                Petitioner,

     v.

KING COUNTY,

                Respondent.

CASE NO. 2:21-cv-00491-RSL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court **adopts** the report and recommendation.

(2)     Petitioner's federal habeas petition (Dkt. 16) is **dismissed without prejudice**.

(3)     A certificate of appealability is **denied** in this case.

(4)     The Clerk is directed to **close** this case and **send** copies of this order to petitioner, counsel for respondent, and to the Hon. J. Richard Creatura.

**DATED** this <u>19th</u> day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1